1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID LEE DAVIS,

11          Plaintiff,                    No.  2:12-cv-2437 CKD P

12      vs.

13   R. MIRANDA, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  On October 1, 2012, plaintiff was directed to pay the filing fee or submit

18   an application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to

19   proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint and obtained the certification required on the application

22   form.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit the

23   completed application and the certified copy in support of his application to proceed in forma

24   pauperis.

25   /////

26   /////

1

1      In accordance with the above, IT IS HEREBY ORDERED that:

2      1.  Plaintiff shall submit, within thirty days from the date of this order, a certified

3   copy of his prison trust account statement for the six month period immediately preceding the

4   filing of the complaint and the certification required on the application form.  Plaintiff's failure to

5   comply with this order will result in a recommendation that this action be dismissed without

6   prejudice.

7      2.  The Clerk of the Court is directed to send plaintiff a new Application to

8   Proceed In Forma Pauperis By a Prisoner.

9    Dated: October 29, 2012

10

11                    _____
                      CAROLYN K. DELANEY
                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15
    1/mp
16  davi2437.3e

17

18

19

20

21

22

23

24

25

26