IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEE DAVIS,

      Plaintiff,                    No. 2:12-cv-2437 CKD P

      vs.

R. MIRANDA, et al.,

      Defendants.             ORDER[1]

_____/

      By an order filed November 19, 2012, this court ordered plaintiff to complete and return to the court, within thirty days, the forms necessary to effect service of process on defendant Miranda. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

/////
/////
/////
/////
/////

---

[1] On October 25, 2012, plaintiff consented to have a United States Magistrate Judge conduct all proceedings in this case pursuant to 28 U.S.C. Section 636(c)(1).

1

IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

Dated: January 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/de
davi2437.fusm